The DeHaan Law Firm P.C.
Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

October 27, 2026

**Via ECF**
Hon. Dale E. Ho, U.S. District Judge
U.S. District Court – S.D.N.Y.
40 Foley Square
New York, NY 10007

**Re: Gonzalez v. Bisignano, Comm'r of Soc. Sec.**
**Docket No.: 1:2-CV-06742-DEH**

Dear Judge Ho:

I represent the plaintiff, Jose L. Gonzalez, in the above-referenced matter seeking review of the Commissioner's denial of Social Security benefits. Kristina Cohn from the Office of General Counsel represents the Commissioner.

I write in accordance with Local Social Security Rule 4.1 and Your Honor's Individual Practice Rules to request an extension of the briefing schedule in this case with the following changes:

| | Current Deadline | ***New Deadline*** |
|---|---|---|
| Plaintiff to Serve Motion | November 5, 2026 | ***February 15, 2027*** |
| Defendant to Serve Response | December 5, 2026 | ***April 16, 2027*** |
| Plaintiff to Serve Reply | December 19, 2026 | ***April 30, 2027*** |

I make this request because I have multiple scheduling conflicts in October which have prevented me from working on this brief, as well as an additional 7 briefs due in November and multiple briefs already due in December and January 2027. As a result, I cannot complete the plaintiff's moving papers by the current deadline, and I am trying to avoid having to ask for multiple adjournments.

I have consulted with Ms. Cohn, and she consents to this request and agrees to the proposed schedule. There have been no prior adjournments of these deadlines.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By: /s/ John W. DeHaan
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc: Kristina Cohn, OGC (Via ECF)

Plaintiff's motion for an extension of time is GRANTED. The parties shall comply with the dates referenced in the table herein. The Clerk of Court is respectfully directed to close ECF No. 5.
SO ORDERED.
Dated: October 28, 2026
New York, New York

Dale E. Ho
United States District Judge